[Nos. 61145-3-I; 61146-1-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ROBERT SHELTON, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 06-1-01697-4, Charles R. Snyder, J., entered December 20, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.

[No. 61316-2-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NOEL EVAN CALDELLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-02485-5, Thomas J. Wynne, J., entered February 14, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 61566-1-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-07273-6, Richard D. Eadie, J., entered April 7, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Dwyer, JJ.

[No. 61735-4-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE NUNEZ REBOLLEDO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04938-6, Jim Rogers, J., entered May 5, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ.